■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTWAN M. HINES, Appellant. [858 NYS2d 645]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered June 17, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD E. LUNETTA, Appellant. [858 NYS2d 646]—Appeal from a sentence of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered May 21, 2007. Defendant was sentenced upon his conviction of robbery in the third degree.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Lunn, Fahey, Pine and Gorski, JJ.